AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SEZAR MORALES LINARES, individually and on behalf of the collective and class members,<br><br>*Plaintiff(s)*<br><br>v.<br><br>SACATON, CORP. D/B/A TRUFA RESTAURANT, SATO RESTAURANT CORP. D/B/A TRUFA PIZZERIA, and EDUARDO PENAFIEL personally, and individual<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SACATON, CORP d/b/a Trufa Restaurant 3431 Broadway NY, NY 10031
SATO RESTAURANT CORP. d/b/a Trufa Pizzeria 3161 Broadway NY, NY 10027
EDUARDO PENAFIEL 3431 Broadway NY, NY 10031

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EMRE POLAT, PLLC
45 Broadway Suite 1420
New York, New York 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/21/2024      /s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*